ANDREW L. PACKARD (State Bar No. 168690)
WILLIAM N. CARLON (State Bar No. 305739)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
Fax: (415) 782-4062
andrew@packardlawoffices.com
wncarlon@packardlawoffices.com

BRIAN GAFFNEY (State Bar No. 168778)
LAW OFFICES OF BRIAN GAFFNEY APC
446 Old County Road, Suite 100-310
Pacifica, CA 94044
Tel: (650) 219-3187
brian@gaffneylegal.com

Attorneys for Plaintiff
Ecological Rights Foundation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECOLOGICAL RIGHTS FOUNDATION, <br><br> Plaintiff, <br><br> vs. <br><br> SEWER AUTHORITY MID-COASTSIDE, <br><br> Defendant. | Case No. 3:18-cv-04413-VC <br><br> **STIPULATION TO ENTER FIRST AMENDMENT TO CONSENT DECREE** |

Plaintiff Ecological Rights Foundation ("ERF") and Defendant Sewer Authority Mid-Coastside ("SAM") in the above-captioned action, stipulate as follows:

WHEREAS, ERF's claims herein were dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) with the Court retaining jurisdiction over the Parties with respect to disputes arising under the Consent Decree attached to the Parties' Stipulation to Dismiss as Exhibit A. Dkt. No. 39 (October 8, 2019).

WHEREAS, the Parties have met and conferred over the last seven months to discuss compliance issues arising out of last winter's extraordinarily high levels of precipitation, as well as site-specific issue regarding implementation deadlines;

|   |   |
|---|---|
| 1 | WHEREAS, the Parties now wish to amend the Consent Decree to resolve these issues by filing a First Amendment to Consent Decree ("First Amendment"); |

WHEREAS, the Parties now wish to amend the Consent Decree to resolve these issues by filing a First Amendment to Consent Decree ("First Amendment");

WHEREAS, on August 18, 2023, the Parties reached agreement on the terms of a First Amendment and, on August 22, 2023, notified the United States Department of Justice's Environment and Natural Resources Division ("ENRD") of these modifications by proving them a copy of the executed First Amendment, attached hereto as **Exhibit A**;

WHEREAS, more than forty-five days have now passed since such notification was provided to ENRD, and ENRD has not notified the Parties of any objections to the entry of the First Amendment to Consent Decree;

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the Parties that the First Amendment should be entered herein.  The Parties respectfully request an order from this Court entering the First Amendment.

Dated: October 12, 2023                Respectfully submitted,
                                       LAW OFFICES OF ANDREW L. PACKARD

                                       By: /s/ Andrew L. Packard
                                       Andrew L. Packard
                                       Attorneys for Plaintiff
                                       Ecological Rights Foundation

Dated: October 12, 2023                EDGCOMB LAW GROUP, LLP

                                       By: /s/ Tiffany Hedgpeth
                                       Tiffany Hedgpeth
                                       Attorneys for Defendant
                                       Sewer Authority Mid-Coastside

**ATTESTATION FOR JOINT SUBMISSION TO COURT**

I hereby attest that I have obtained concurrence in the filing of this document from counsel for Defendant Sewer Authority Mid-Coastside prior to filing.

DATED: October 12, 2023                By: /s/ Andrew L. Packard

# [~~PROPOSED~~] ORDER

Good cause appearing, and the Parties having stipulated and agreed,

IT IS HEREBY ORDERED that the First Amendment to Consent Decree be entered herein.

IT IS FURTHER ORDERED that the Court shall retain and have jurisdiction over the Parties with respect to disputes arising under the Consent Decree attached to the Parties' Stipulation to Dismiss, as amended by **Exhibit A,** until November 1, 2026.

IT IS SO ORDERED.


Dated:   October 17, 2023              _____
                                       HON. VINCE CHHABRIA
                                       UNITED STATES DISTRICT COURT JUDGE

**EXHIBIT A**

ANDREW L. PACKARD (State Bar No. 168690)
WILLIAM N. CARLON (State Bar No. 305739)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
Fax: (707) 782-4062
E-mail: andrew@packardlawoffices.com

BRIAN GAFFNEY (State Bar No. 168778)
LAW OFFICES OF BRIAN GAFFNEY APC
446 Old County Road, Suite 100-310
Pacifica, CA 94044
Tel: (650) 219-3187
brian@gaffneylegal.com

Attorneys for Plaintiff
ECOLOGICAL RIGHTS FOUNDATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECOLOGICAL RIGHTS FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>SEWER AUTHORITY MID-COASTSIDE,<br><br>Defendant. | Case No: 3:18-CV-04413<br><br>**FIRST AMENDMENT TO CONSENT DECREE**<br><br>**(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 to 1387)** |

WHEREAS, in August 2019, Plaintiff Ecological Rights Foundation (hereinafter "ERF") and Defendant Sewer Authority Mid-Coastside ("SAM") (hereinafter "SAM") (collectively, "Parties") entered into a Consent Decree ("Consent Decree"), filed with this Court on October 8, 2019, in order to resolve the above titled action ("Action") (Dkt. 39, pp. 6-17);

WHEREAS, pursuant to the Court's Order issued on October 8, 2019, the Court is to retain and have jurisdiction over the Parties with respect to disputes arising under the Consent Decree;

WHEREAS, section I.2.(b) provides that SAM shall complete the replacement of the original Montara Force Main by June 30, 2024 as recommended in a written priority assessment,

which was to be completed by June 30, 2021;

WHEREAS, on June 28, 2021, SAM provided ERF a copy of a condition assessment conducted in 2021 by SRT Consultants which concluded the Montara Force Main appeared to be in good condition, did not present a near-term failure threat, and was expected to have significant remaining service life;

WHEREAS, since the Consent Decree was entered into, a number of events have occurred that placed a strain on SAM's resources, including the COVID-19 pandemic, which impacted labor availability, supplies, and resulted in delays for various SAM projects; additionally, flooding events and unexpected influxes of high biological oxygen demand material into SAM's system impacted SAM's ability to reliably meet its BOD and TSS treatment limits and necessitated a significant diversion of staff time and capital improvement funds at the SAM treatment plant to ensure future permit compliance as well as the development and implementation of a new SAM non-domestic waste management permitting program within SAM's service area;

WHEREAS, since the Consent Decree was entered into, SAM, whose member agencies are small with a limited rate base, has had to expend significant capital funds on urgent capital projects associated with aging wastewater facilities, thereby delaying work on the Montara Force Main which had in June of 2021 received a favorable assessment by SRT;

WHEREAS, between 2015 and 2023, SAM replaced 3,355 linear feet of the Montara Force Main, including replacement of 2,505 linear feet in 2015, and 850 linear feet on or around January 2023;

WHEREAS, as a result of the significant strain on SAM's resources, and its need to direct resources to immediate concerns and priorities, replacement of the Montara Force Main has been delayed and the Parties wish to establish a new, but nevertheless expeditious, schedule for its replacement.

NOW THEREFORE THE PARTIES HEREBY AGREE TO THE FOLLOWING AMENDMENTS TO THE CONSENT DECREE:

(1) Paragraph I.2. ("Implementation of System Improvements") is <u>amended</u> in subsection (b) to read as follows:

> (b)   Montara Force Main.  SAM shall complete the replacement of the original Montara Force Main by **June 30, 2026** as follows:
>
>> (1) By **December 31, 2024,** 3,355 linear feet shall have been replaced and final design shall have been completed for replacement of the entire Montara Force Main;
>>
>> (2) By **December 31, 2025**, 7,500 additional linear feet shall have been replaced;
>>
>> (3) By **June 30, 2026**, the entirety of the Montara Force Main shall have been replaced.
>
> Upon request by ERF, SAM shall provide ERF with a copy of documents supporting its completion of the above-identified milestones.

(2) Paragraph I.3. ("Communications To/From Regional and State Water Boards") is <u>supplemented</u> to further state:

> SAM agrees to provide ERF, after reasonably diligent search efforts, with copies of all documents not previously provided to ERF or its counsel, that were submitted to, or received from, the San Francisco Regional Water Quality Control Board or the State Water Resources Control Board between October 8, 2019 and the filing of this Amendment, including, but not limited to, all documents and reports submitted to the Regional Water Board and/or State Water Board as required by the 2017 Permit, on or before the date thirty (30) days after the filing of this Amendment.

(3) Paragraph II.1. ("Mitigation Payment In Lieu of Civil Penalties Under The Clean Water Act") The following paragraph is added at the end of Paragraph II.1:

*As further mitigation to address any potential harms from the Clean Water Act violations alleged in ERF's Complaint, Defendant agrees to pay an additional sum of $15,000 to the Rose Foundation for Communities and the Environment ("Rose Foundation") for water quality projects within the Half Moon Bay Basin. Such mitigation payment shall be remitted within thirty (30) days of the filing of this Amendment at the following address: Rose Foundation, Attn: Tim Little, 201 4th Street, Suite 102, Oakland, CA 94607-4369.*

(4) Paragraph II.2. ("Compliance Monitoring Funding"). The following paragraph is added at the end of Paragraph II.2:

*To further defray ERF's reasonable investigative, expert, consultant and attorneys' fees and costs associated with monitoring Defendant's compliance with this Agreement, as amended, Defendant agrees to contribute an additional sum of $10,000 to a compliance monitoring fund maintained by counsel for ERF as described below. Payment shall be made payable to the "Law Offices of Andrew L. Packard Attorney Client Trust Account" and remitted to Plaintiff's counsel within thirty (30) days of the filing of this Amendment.*

(5) Paragraph II.3 ("Reimbursement of ERF's Fees & Costs") The following paragraph is added at the end of Paragraph II.3:

*Defendant agrees to reimburse ERF in the amount of $10,000 to further defray ERF's reasonable investigative, expert, consultant, and attorneys' fees and costs, and all other costs incurred as a result of resolving the above-described compliance issues and drafting this Amendment. Such payment shall be made payable to the "Law Offices of Andrew L. Packard Attorney Client Trust Account" and remitted to the firm within thirty (30) days of the filing of this Amendment.*

(6) Paragraph IV.2 ("MISCELLANEOUS PROVISIONS") is amended to read as follows:

*The Agreement shall be effective upon mutual execution by all Parties, and, except as specified in Paragraph IV.10 below, shall remain effective until the "Expiration Date," which shall be November 1, 2026, unless the obligations imposed by Section I supra have not been completed by that date, in which case the Agreement shall expire when such obligations are completed.*

(7) Paragraph IV.8 is amended to remove Mr. Carl Nelson as a person entitled to receive notice per this Agreement, and to add Jeremy Jungreis, General Counsel, Sewer Authority Mid-Coastside, as a person entitled to receive copies of notice(s) sent to Defendants per this Agreement, at the following address and email:

Rutan & Tucker LLP
18575 Jamboree Road, 9th Floor
Irvine, CA 92612
Tel: (714) 338-1882
Email: jjungreis@rutan.com

Unless specifically modified by this First Amendment to Consent Decree, all other provisions of the Consent Decree remain in full force and effect.

Dated: _____, 2023         Ecological Rights Foundation

By: _____

Linda Sherby, Executive Director

Dated: Aug 18, 2023            Sewer Authority Mid-Coastside

By: *Kathryn Slater-Carter* (signature)

Kathryn Slater-Carter, Board Chair

Mid-Coastside, as it passes on Defendants' entire obligations of Defendants per this Agreement, at the following address and email:

Rutan & Tucker LLP
18575 Jamboree Road, 9th Floor
Irvine, CA 92612
Tel: (714) 338-1882
Email: jjungreis@rutan.com

Unless specifically modified by this First Amendment to Consent Decree, all other provisions of the Consent Decree remain in full force and effect.

Dated: 8/17, 2023        Ecological Rights Foundation

By: _____

Linda Sherby, Executive Director

Dated: _____, 2023        Sewer Authority Mid-Coastside

By: _____

Kishen Prathivadi, General Manager

Dated: Aug 18th, 2023         Sewer Authority Mid-Coastside

By: _____

Kishen Prathivadi, General Manager