ANDREW L. PACKARD (State Bar No. 168690)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
Fax: (415) 782-4062
andrew@packardlawoffices.com

BRIAN GAFFNEY (State Bar No. 168778)
LAW OFFICES OF BRIAN GAFFNEY APC
446 Old County Road, Suite 100-310
Pacifica, CA 94044
Tel: (650) 219-3187
brian@gaffneylegal.com

Attorneys for Plaintiff
ECOLOGICAL RIGHTS FOUNDATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECOLOGICAL RIGHTS FOUNDATION,<br><br>Plaintiff,<br><br>vs.<br><br>SEWER AUTHORITY MID-COASTSIDE,<br><br>Defendant. | Case No. 3:18-cv-04413-VC<br><br>**STIPULATION TO ENTER SECOND AMENDMENT TO CONSENT DECREE** |

Plaintiff Ecological Rights Foundation ("ERF") and Defendant Sewer Authority Mid-Coastside ("SAM") in the above-captioned action, stipulate as follows:

WHEREAS, ERF's claims herein were dismissed with prejudice on October 8, 2019, pursuant to Federal Rule of Civil Procedure 41(a)(2) with the Court retaining jurisdiction over the Parties with respect to disputes arising under the Consent Decree attached to the Parties' Stipulation to Dismiss as Exhibit A. Dkt. No. 39.

WHEREAS, the Parties met and conferred over a five-month period to discuss site-specific issues regarding implementation deadlines;

WHEREAS, the Parties now wish to amend the Consent Decree to resolve these issues by filing a Second Amendment to Consent Decree ("Second Amendment");

1   WHEREAS, on August 18, 2023, the Parties reached agreement on the terms of a First

2  Amendment and, on August 22, 2023, notified the United States Department of Justice's

3  Environment and Natural Resources Division ("ENRD") of these modifications by providing them

4  a copy of the executed First Amendment;

5   WHEREAS, on August 2, 2024, the Parties reached agreement on the terms of a Second

6  Amendment andk notified the ENRD of these modifications by providing them a copy of the

7  executed Second Amendment, attached hereto as **Exhibit A**; and,

8   WHEREAS, more than forty-five days have now passed since such notification was

9  provided to ENRD, and ENRD has not notified the Parties of any objections to the entry of the

10  Second Amendment to Consent Decree.

11   NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the

12  Parties that the Second Amendment should be entered herein. The Parties respectfully request an

13  order from this Court entering the Second Amendment.

14  Dated:  September 30, 2024          Respectfully submitted

15                                     LAW OFFICES OF ANDREW L. PACKARD

16                                     By:/s/  Andrew L. Packard
                                        Andrew L. Packard
17                                      Attorneys for Plaintiff
                                        Ecological Rights Foundation
18
    Dated:  September 30, 2024          EDGCOMB LAW GROUP, LLP
19
                                        By:/s/  Tiffany Hedgpeth
20                                      Tiffany Hedgpeth
                                        Attorneys for Defendant
21                                      Sewer Authority Mid-Coastside

22

23       **ATTESTATION FOR JOINT SUBMISSION TO COURT**

24   I hereby attest that I have obtained concurrence in the filing of this document from counsel

25  for Defendant Sewer Authority Mid-Coastside prior to filing.

26  Dated:  September 30, 2024          By:/s/  Andrew L. Packard

27

28

## **PROPOSED ORDER**

Good cause appearing, and the Parties having stipulated and agreed,

IT IS HEREBY ORDERED that the Second Amendment to the Consent Decree be entered herein.

IT IS FURTHER ORDERED that the Court shall retain and have jurisdiction over the Parties with respect to disputes arising under the amended Consent Decree attached to the Parties' Stipulation to Dismiss, until **November 1, 2027**.

**IT IS SO ORDERED.**


Dated: _____        _____

Hon.
United States District Court Judge

**EXHIBIT A**

1   ANDREW L. PACKARD (State Bar No. 168690)
    Law Offices of Andrew L. Packard
2   245 Kentucky Street, Suite B3
    Petaluma, CA 94952
3   Tel: (707) 782-4060
    Fax: (415) 782-4062
4   andrew@packardlawoffices.com

5
    BRIAN GAFFNEY (State Bar No. 168778)
6   LAW OFFICES OF BRIAN GAFFNEY APC
    446 Old County Road, Suite 100-310
7   Pacifica, CA 94044
    Tel: (650) 219-3187
8   brian@gaffneylegal.com

9   Attorneys for Plaintiff
    ECOLOGICAL RIGHTS FOUNDATION
10
                    UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12

13
    ECOLOGICAL RIGHTS FOUNDATION,          Case No. 3:18-cv-04413-VC
14
                   Plaintiff,              **SECOND AMENDMENT TO CONSENT
15                                         DECREE**
           vs.
16
    SEWER AUTHORITY MID-COASTSIDE,         (Federal Water Pollution Control Act,
17                                         33 U.S.C. §§ 1251 to 1387)
                   Defendant.
18

19
           WHEREAS, in August 2019, Plaintiff Ecological Rights Foundation (hereinafter "ERF")
20
    and Defendant Sewer Authority Mid-Coastside ("SAM") (hereinafter "SAM") (collectively,
21
    "Parties") entered into a Consent Decree ("Consent Decree"), filed with this Court on October 8,
22
    2019, in order to resolve the above-titled action ("Action");
23
           WHEREAS, pursuant to the Court's Order issued on October 8, 2019, the Court was to
24
    retain and have jurisdiction over the Parties with respect to disputes arising under the Consent
25
    Decree;
26
           WHEREAS, on August 18, 2023, the Parties entered into the First Amendment to the
27
    Consent Decree (Dkt. 40) which modified the Consent Decree such that, among other things,
28

SECOND AMENDMENT TO CONSENT DECREE                                    Case No. 3:18-cv-04413-VC

1  section I.2.(b) of the Consent Decree provides certain milestones for completing the replacement

2  of the SAM's original Montara Force Main, with full completion required by June 30, 2026;

3    WHEREAS, SAM has encountered certain funding issues, which has resulted in the delay

4  of the design and replacement of portions of the Montara Force Main as well as a nine day delay

5  in the completion of the Princeton Pump Station replacement, and the Parties agree that it is

6  appropriate to modify the completion deadline and eliminate the deadlines for the milestones

7  while adding a requirement for SAM to provide additional funding updates to ERF.

8    **NOW THEREFORE THE PARTIES HEREBY AGREE TO THE FOLLOWING**

9  **AMENDMENT TO THE CONSENT DECREE:**

10  **(1) Paragraph I.2. ("Implementation of System Improvements")**

11   a) Paragraph I.2, subsection (b), is amended in its entirety to read as follows:

12    (b) *Montara Force Main.* SAM shall complete the replacement of the original

13    Montara Force Main as follows:

14    (1) By October 1, 2024, 3,355 linear feet of SAM's original Montara Force Main shall

15    have been replaced, and by December 31, 2025, the design shall have been completed for

16    replacement of the remaining portions of the original Montara Force Main;

17    (2) SAM shall have completed replacement of all sections of the original Montara Force

18    Main by June 30, 2027;

19    (3) SAM shall provide ERF updates regarding SAM's approval of funds for the Montara

20    Force Main replacement at or about the time SAM submits its annual budget to the SAM

21    member agencies for approval during April of each year, and again prior to June 30 of

22    each year when SAM's final annual budget has been approved by the member agencies

23    and the Board.

24   b) Within Subsection (c) of Paragraph I.2. the following language is amended:

25    *SAM shall implement the feasible recommendations of the Princeton Force Main condition*

26    *assessment and the pump station feasibility study by no later than **June 30, 2024.***

27    is amended to extend the compliance deadline by one month, and shall now read:

28    *SAM shall implement the feasible recommendations of the Princeton Force Main condition*

SECOND AMENDMENT TO CONSENT DECREE     Case No. 3:18-cv-04413-VC

1       *assessment and the pump station feasibility study by no later than **July 31, 2024.***

2       The remaining language of Subsection (c) of Paragraph I.2. is unchanged.

3 **(2) Paragraph II.1. ("Mitigation Payment In Lieu of Civil Penalties Under The Clean Water**

4     **Act")**

5       The following paragraph is added at the end of Paragraph II.1:

6           *As further mitigation to address any potential harms from the Clean Water Act*

7           *violations alleged in ERF's Complaint, Defendant agrees to pay an additional sum of*

8           *$30,000 to the Rose Foundation for Communities and the Environment ("Rose*

9           *Foundation") for water quality projects within the Half Moon Bay Basin. Such*

10         *mitigation payment shall be remitted within thirty (30) days of the filing of this Second*

11         *Amendment at the following address: Rose Foundation, Attn: Jodene Isaacs, 201 4th*

12         *Street, Suite 102, Oakland, CA 94607-4369.*

13 **(3) *Paragraph II.2. ("Compliance Monitoring Funding")***

14       The following paragraph is added at the end of Paragraph II.2:

15           *To further defray ERF's reasonable investigative, expert, consultant and attorneys'*

16           *fees and costs associated with monitoring Defendant's compliance with this*

17           *Agreement, as amended, Defendant agrees to contribute an additional sum of $10,000*

18           *to a compliance monitoring fund maintained by counsel for ERF as described below.*

19           *Payment shall be made payable to the "Law Offices of Andrew L. Packard Attorney*

20           *Client Trust Account" and remitted to Plaintiff's counsel within thirty (30) days of the*

21           *filing of this Amendment.*

22 **(4) Paragraph II.3 ("Reimbursement of ERF's Fees & Costs")**

23       The following paragraph is added at the end of Paragraph II.3:

24           *Defendant agrees to reimburse ERF in the amount of $15,000 to further defray ERF's*

25           *reasonable expert, consultant, and attorneys' fees and costs, and all other costs*

26           *incurred in the meet-and-confer process resolving the above-described compliance*

27           *issues, and drafting this Second Amendment. Such payment shall be made payable to*

28           *the "Law Offices of Andrew L. Packard Attorney Client Trust Account" and remitted*

1    *to the firm within thirty (30) days of the filing of this Amendment.*

2

3    **(5) Paragraph IV.2 ("Miscellaneous Provisions")** is amended to read as follows:

4         *The Agreement shall be effective upon mutual execution by all Parties, and, except as*

5         *specified in Paragraph IV.10 below, shall remain effective until the "Expiration Date,"*

6         *which shall be November 1, 2027, unless the obligations imposed by Section I supra*

7         *have not been completed by that date, in which case the Agreement shall expire when*

8         *such obligations are completed.*

9         Unless specifically modified by this Second Amendment to Consent Decree, all provisions

10   of the Consent Decree, as amended by the First Amendment to Consent Decree on August 18,

11   2023, remain in full force and effect.

12   Dated: _8/2_, 2024                    Ecological Rights Foundation

13

14                                         By: _Linda Sherby_

15                                             Linda Sherby, Executive Director

16   Dated: _7/30/_, 2024                   Sewer Authority Mid-Coastside

17

18                                         By: _P. R. Kishen_

19                                             Kishen Prathivadi, General Manager

20   Dated: _7/30_, 2024                    Sewer Authority Mid-Coastside

21

22                                         By: _____

23                                             Barbara Dye, Board President

24

25

26

27

28

SECOND AMENDMENT TO CONSENT DECREE                    Case No.  3:18-cv-04413-VC

-4-