```
ANDREW L. PACKARD (State Bar No. 168690)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
Fax: (415) 782-4062
andrew@packardlawoffices.com

BRIAN GAFFNEY (State Bar No. 168778)
LAW OFFICES OF BRIAN GAFFNEY APC
446 Old County Road, Suite 100-310
Pacifica, CA 94044
Tel: (650) 219-3187
brian@gaffneylegal.com

Attorneys for Plaintiff
ECOLOGICAL RIGHTS FOUNDATION
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ECOLOGICAL RIGHTS FOUNDATION, | Case No. 3:18-cv-04413-VC |
|---|---|
| Plaintiff, | **STIPULATION TO ENTER SECOND AMENDMENT TO CONSENT DECREE** |
| vs. | |
| SEWER AUTHORITY MID-COASTSIDE, | |
| Defendant. | |

Plaintiff Ecological Rights Foundation ("ERF") and Defendant Sewer Authority Mid-Coastside ("SAM") in the above-captioned action, stipulate as follows:

WHEREAS, ERF's claims herein were dismissed with prejudice on October 8, 2019, pursuant to Federal Rule of Civil Procedure 41(a)(2) with the Court retaining jurisdiction over the Parties with respect to disputes arising under the Consent Decree attached to the Parties' Stipulation to Dismiss as Exhibit A. Dkt. No. 39.

WHEREAS, the Parties met and conferred over a five-month period to discuss site-specific issues regarding implementation deadlines;

WHEREAS, the Parties now wish to amend the Consent Decree to resolve these issues by filing a Second Amendment to Consent Decree ("Second Amendment");

1  WHEREAS, on August 18, 2023, the Parties reached agreement on the terms of a First Amendment and, on August 22, 2023, notified the United States Department of Justice's Environment and Natural Resources Division ("ENRD") of these modifications by providing them a copy of the executed First Amendment;

WHEREAS, on August 2, 2024, the Parties reached agreement on the terms of a Second Amendment andk notified the ENRD of these modifications by providing them a copy of the executed Second Amendment, attached hereto as **Exhibit A**; and,

WHEREAS, more than forty-five days have now passed since such notification was provided to ENRD, and ENRD has not notified the Parties of any objections to the entry of the Second Amendment to Consent Decree.

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the Parties that the Second Amendment should be entered herein. The Parties respectfully request an order from this Court entering the Second Amendment.

Dated:  September 30, 2024            Respectfully submitted

LAW OFFICES OF ANDREW L. PACKARD

By:/s/  Andrew L. Packard
    Andrew L. Packard
    Attorneys for Plaintiff
    Ecological Rights Foundation

Dated:  September 30, 2024            EDGCOMB LAW GROUP, LLP

By:/s/  Tiffany Hedgpeth
    Tiffany Hedgpeth
    Attorneys for Defendant
    Sewer Authority Mid-Coastside

### ATTESTATION FOR JOINT SUBMISSION TO COURT

I hereby attest that I have obtained concurrence in the filing of this document from counsel for Defendant Sewer Authority Mid-Coastside prior to filing.

Dated:  September 30, 2024            By:/s/  Andrew L. Packard

STIP AND ORDER RE                                                    Case No.  3:18-cv-04413-VC
SECOND AMENDMENT TO CONSENT DECREE

**~~PROPOSED~~ ORDER**

Good cause appearing, and the Parties having stipulated and agreed,

IT IS HEREBY ORDERED that the Second Amendment to the Consent Decree be entered herein.

IT IS FURTHER ORDERED that the Court shall retain and have jurisdiction over the Parties with respect to disputes arising under the amended Consent Decree attached to the Parties' Stipulation to Dismiss, until **November 1, 2027**.

**IT IS SO ORDERED.**

Dated: October 1, 2024

Hon.
United States District Court Judge

STIP AND ORDER RE
SECOND AMENDMENT TO CONSENT DECREE

Case No. 3:18-cv-04413-VC

-3-